IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK A. BUSH, ) | |
| ) | |
| Plaintiff, ) | Case No.: 12-CV-706-JPG-PMF |
| ) | |
| v. ) | |
| ) | |
| SEAN M. HARRIS, WILLIAM CLAY, and ) | |
| THE CITY OF BELLEVILLE, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Stipulation of Dismissal (Doc. 37) of defendants Harris and Clay from this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by all parties who have appeared in this case. Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation. Therefore, the Court finds that all claims in this action against defendants Harris and Clay are **DISMISSED with prejudice**. This stipulation renders **MOOT** plaintiff Bush's motion to dismiss Harris (Doc. 36). Defendant City of Belleville remains as a party in this case.

*s/ J. Phil Gilbert*
**DISTRICT JUDGE**

**Dated: April 15, 2014**